# NO. 12-16-00249-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *TIMOTHY G. IVERS II,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Relator Timothy G. Ivers II seeks mandamus relief from the trial court's order denying his motion to transfer venue in a suit affecting the parent-child relationship. After considering the relator's petition for writ of mandamus, the Court is of the opinion that relief should be denied. Accordingly, the relator's petition for writ of mandamus is ***denied***. *See* TEX. R. APP. P. 52.8(a), (d).

Opinion delivered September 21, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

SEPTEMBER 21, 2016

NO. 12-16-00249-CV

**TIMOTHY G. IVERS II,**
Relator
V.
**HON. RANDALL L. ROGERS,**
Respondent

Appeal from the County Court at Law No 2

of Smith County, Texas (Tr.Ct.No.)

ON THIS DAY came to be heard the petition for writ of mandamus filed by **TIMOTHY G. IVERS II**, who is the relator in Cause No. 10-1166-F, pending on the docket of the County Court at Law #2 of Smith County, Texas. Said petition for writ of mandamus having been filed herein on September 9, 2016, and the same having been duly considered, because it is the opinion of this Court that a writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DENIED**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*